UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YUICHIRO MIYATA and SYRINTHIA MIYATA, and the marital community comprised thereof,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, MOUNTAIN RUN SOLUTIONS, LLC, a/k/a and d/b/a PERFECTION COLLECTION, LLC, a Utah Limited Liability Company, licensed pursuant to Utah Entity Number 7798588-0130, and doing business in Washington State, pursuant to UBI No. 604 206 438, ZIONS DEBT HOLDINGS, LLC, a Delaware Limited Liability Company, an individual and "member" of MOUNTAIN RUN SOLUTIONS, LLC, a/k/a and d/b/a PERFECTION COLLECTION, LLC, and CHRISTOPHER CARTER, an individual and "member" of MOUNTAIN RUN SOLUTIONS, LLC, a/k/a and d/b/a PERFECTION COLLECTION, LLC, and BRIAN FULLER, an individual and "member" of MOUNTAIN RUN SOLUTIONS, LLC, a/k/a and d/b/a PERFECTION COLLECTION, LLC,<br><br>　　　　　　Defendants. | NO.   3:20-cv-05519-RAJ<br><br>**FRCP 41(a) NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ZIONS DEBT HOLDINGS, LLC** |

DISMISSAL OF DEFENDANT ZIONS　　　　1
3:20-cv-05519-RAJ

## I. NOTICE

Plaintiffs, YUICHIRO MIYATA and SYRINTHIA MIYATA, by and through the undersigned counsel, Robert Mitchell, hereby DISMISS WITHOUT PREJUDICE their claims against Defendant, ZIONS DEBT HOLDINGS, LLC, and state as follows:

1. Defendant, ZIONS DEBT HOLDINGS, LLC has not been served with a copy of the summons and complaint;

2. Defendant, ZIONS DEBT HOLDINGS, LLC has not asserted any claims or counterclaims; and

3. Dismissal without prejudice is appropriate, pursuant to Fed. R. Civ. P. 41(a).

Presented by:


*S/Robert Mitchell*
ROBERT W. MITCHELL, WSBA No. 37444
700 W. Evergreen Blvd.
Vancouver, WA 98660
Telephone:    360-993-5000
Fax:          888-840-6003
Email:        bobmitchellaw@gmail.com

*Counsel for Plaintiffs,* YUICHIRO MIYATA and SYRINTHIA MIYATA

DISMISSAL OF DEFENDANT ZIONS
3:20-cv-05519-RAJ

2

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 21st day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

EXPERIAN INFORMATION SOLUTIONS, INC., through its attorney, Angela Taylor, and Rachel Groshong, at: angelataylor@jonesday.com; rachel.groshong@stoel.com; SEA_PS@stoel.com; cindy.castro@stoel.com; docketclerk@stoel.com

Dated this 21st day of October, 2020, at Memphis, Tennessee.

S//*Robert W. Mitchell*
Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020 N. Washington
Spokane, WA  99201
Telephone:      509-327-2224
Facsimile:       888-840-6003
Email:             bobmitchellaw@yahoo.com
*Attorney for Plaintiffs*

DISMISSAL OF DEFENDANT ZIONS
3:20-cv-05519-RAJ

3

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com