THE HONORABLE JUDGE ESTUDILLO

SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone:   206-529-5195
Facsimile:   253-302-8486
Email: saraellen@saraellenhutchison.com

Robert Mitchell (WSBA #37444)
Robert Mitchell Attorney at Law, PLLC
700 W. Evergreen Blvd.
Vancouver, WA 98660
Telephone: (360) 993-5000
Facsimile: (888) 840-6003
Email: bobmitchellaw@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| YUICHIRO MIYATA and SYRINTHIA MIYATA, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN RUN SOLUTIONS, LLC, et al,<br><br>Defendants. | NO.  3:20-cv-05519-DGE<br><br>**DECLARATION OF YUICHIRO MIYATA** |

YUICHIRO MIYATA states the following under penalty of perjury under the laws of the state of Washington:

1. I make this Declaration of my own personal knowledge, and am competent to testify to the matters set forth herein.

2. I am a Plaintiff in this lawsuit.

3. I am providing additional historical credit report documents to assist the Court and to address the Court's questions during the Zoom trial held December 17, 2021.

4. In 2010, my wife Syrinthia Miyata and I moved from Nevada to Washington State.

DECLARATION OF PLAINTIFF
YUICHIRO MIYATA
(3:20-cv-05519-DGE) - 1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486
saraellen@saraellenhutchison.com

5. On June 7, 2010, my wife and I made our last payment to Monitronics/Brinks, the home security service we had on our home in Nevada.

6. Monitronics/Brinks then charged off $417.00.

7. In 2017, the Monitronics/Brinks account appeared as a collection with Southwest Collection for $417.00 on my Equifax, Experian and Trans Union credit reports.

8. On September 9, 2017, I logged into my Equifax account and downloaded a copy of my credit report.

9. It is my regular practice to save my credit reports in a file in my computer.

10. I saved my September 9, 2017 Equifax credit report in my usual manner.

11. I rely on the credit reports from Equifax to know the state of my finances and to be fully informed before making financial decisions.

12. On December 20, 2021, I took a screenshot of the Monitronics/Brinks account, attached as Exhibit A.

13. Exhibit A is a true and correct copy of how the Monitronics/Brinks account appeared on my Equifax credit report when I downloaded it on September 9, 2017.

14. On September 9, 2017, I logged into my Experian account and downloaded a copy of my credit report.

15. It is my regular practice to save my credit reports in a file in my computer.

16. I saved my September 9, 2017 Experian credit report in my usual manner.

17. I rely on the credit reports from Experian to know the state of my finances and to be fully informed before making financial decisions.

18. On December 20, 2021, I took a screenshot of the Monitronics/Brinks account, attached as Exhibit B.

DECLARATION OF PLAINTIFF
YUICHIRO MIYATA
(3:20-cv-05519-DGE) - 2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486
saraellen@saraellenhutchison.com

19. Exhibit B is a true and correct copy of how the Monitronics/Brinks account appeared on my Experian credit report when I downloaded it on September 9, 2017.

20. On September 9, 2017, I logged into my Trans Union account and downloaded a copy of my credit report.

21. It is my regular practice to save my credit reports in a file in my computer.

22. I saved my September 9, 2017 Trans Union credit report in my usual manner.

23. I rely on the credit reports from Trans Union to know the state of my finances and to be fully informed before making financial decisions.

24. On December 20, 2021, I took a screenshot of the Monitronics/Brinks debt, attached as Exhibit C.

25. Exhibit C is a true and correct copy of how the Monitronics/Brinks debt appeared on my Trans Union credit report when I downloaded it on September 9, 2017.

26. Following Southwest Collection, I did not see the Monitronics/Brinks debt credit reported by anyone else until it was reported by Defendant MOUNTAIN RUN SOLUTIONS, LLC/PERFECTION COLLECTION, LLC.

27. Based on how this Monitronics/Brinks debt appeared on my credit reports as just $417 in 2017 when the debt was approximately seven years old, I believe that it was Defendant that increased the balance to $1,155 and not any previous collector or creditor.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 20th day of December, 2021 at Vancouver, Washington.

_____
Yuichiro Miyata

DECLARATION OF PLAINTIFF
YUICHIRO MIYATA
(3:20-cv-05519-DGE) - 3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486
saraellen@saraellenhutchison.com