# EXHIBIT
# A

**Date Reported: Aug 13, 2017**

| | | | |
|---|---|---|---|
| **Original Creditor Name** | SOUTHWEST CREDIT SYSTEMS, | **Balance Date** | Aug 13, 2017 |
| **Date Assigned** | Sep 30, 2013 | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Original Amount Owed** | $417 | **Account Number** | [redacted] |
| **Amount** | $417 | **Creditor Classification** | Retail |
| **Status Date** | Aug 13, 2017 | **Last Payment Date** | |
| **Status** | UNPAID | **Date of First Delinquency** | Apr 11, 2011 |

**Comments**

Consumer disputes this account information

EQUIFAX YUICHIRO MIYATA | Sep 09, 2017 Page 50 of 57

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

# EXHIBIT
# B

**Account name**
SOUTHWEST CREDIT SYSTEMS

4120 INTERNATIONAL PKWY
#1100
CARROLLTON, TX 75007
844 551 7927

**Address identification number**
0588624110

**Original creditor**
MONITRONICS

**Account number**
[redacted]

**Type**
Collection

**Terms**
1 Months

**On record until**
Jan 2018

**Recent balance**
$417 as of 08/13/2017

**Credit limit or original amount**
$417

**High balance**
$0

**Monthly payment**
$0

**Recent payment amount**
$0

**Date opened**
09/2013

**Date of status**
08/2016

**First reported**
08/2016

**Responsibility**
Individual

**Status**
**Collection account. $417 past due as of Aug 2017.**

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Reinvestigation information**
This item was updated from our processing of your dispute in Aug 2016.

**Account history**

| 2017 Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | C |

Collection as of Jun 2017 to Aug 2017, Aug 2016

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Jul 2017: $417 / No data / No data / No data
Jun 2017: $417 / No data / No data / No data

Aug 2016: $417 / No data / No data / No data
The original amount of this account was $417

# EXHIBIT C

**SW CREDIT SYSTEMS L.P. #[redacted]**
4120 INTERNATIONAL PKWYSTE 1100
CARROLLTON, TX 75007
(844) 551-7928

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 09/30/2013 | **Balance:**<br>**Date Updated:** | $417<br>08/13/2017 | **Pay Status:** | >In Collection< |

| | | | |
|---|---|---|---|
| **Responsibility:** | Individual Account | **Original Amount:** | $417 |
| **Account Type:** | Open Account | **Original Creditor:** | MONITRONICS (Retail) |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Past Due:** | >$417< |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 03/2018