UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YUICHIRO MIYATA et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC. et al.,<br><br>　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. 3:20-cv-05519-DGE |

___ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　The Court has ORDERED that judgment for attorney fees is entered in favor of Plaintiffs against Defendant Mountain Run Solutions, LLC, in the amount of $20,680.

　　　Dated this 5th day of October 2022.

　　　　　　　　　　　　　　　　　Ravindran Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Gretchen Craft
　　　　　　　　　　　　　　　　　Deputy Clerk

JUDGMENT - 1